IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-21211
STATE CASE NO.: 2022-004357-CA-01

HERBER MANCILLA, individually and
on behalf of all others similarly situated,

    **Plaintiff,**

v.

GR OPCO, LLC d/b/a E11EVEN MIAMI,

    **Defendant.**

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446, and 1367(a), Defendant GR OPCO, LLC d/b/a E11EVEN MIAMI ("Defendant"), by and through its undersigned counsel, hereby gives notice of removal, and removes the above-captioned matter from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The grounds for this removal are as follows:

1.    On or about March 8, 2022, Plaintiff HERBER MANCILLA ("Plaintiff") commenced a civil action against Defendant through the filing of a Complaint in the Circuit Court of Miami-Dade County, Florida, entitled *Herber Mancilla v. GR OPCO, LLC d/b/a E11EVEN MIAMI*, Case No. 2022-004357-CA-01 (the "State Court Action"). GR OPCO, LLC is the only named defendant in the State Court Action.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of "all process, pleadings, and orders served upon" Defendant in the State Court Action to date and a record of all filings in the State Court Action are annexed hereto, as follows:

**Exhibit A:** Class Action Complaint

**Exhibit B:** State Court Action Civil Cover Sheet

**Exhibit C:** Summons: As-Received and As-Issued

**Exhibit D:** Return of Service

**Exhibit E:** Plaintiff's Notice of Service of First Set of Discovery Requests to Defendant

**Exhibit F:** Plaintiff's First Set of Discovery Requests to Defendant

**Exhibit G:** Notice of Appearance of Counsel and Designation of Email Addresses

**Exhibit H:** Motion for Extension of Time to Respond to Class Action Complaint

**Exhibit I:** State Court Action Docket (as of April 19, 2022)

3. Defendant was served with the Civil Action Summons and Complaint in the State Court Action by process server on March 21, 2022. Thus, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

4. As stated in the Complaint, Plaintiff, on behalf of himself and a putative class of other similarly situated persons, brings this lawsuit under, and based on an alleged violation of:

    a. 47 U.S.C. § 227(b), the Telephone Consumer Protection Act ("TCPA") (Count II); and

    b. Fla. Stat. § 501.059, as amended by Senate Bill No. 1120, the Florida Telephone Solicitation Act ("FTSA") (Count I).

5. Count II – the TCPA claim – arises under the federal laws of the United States, and is therefore a claim over which the District Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331. This claim is removable pursuant to 28 U.S.C. § 1441(a).

6. Count I – the FTSA claim – is based on the same factual allegations, text messages, and purported actions of Defendant as the TCPA claim raised in Count II, but arises under the laws of Florida. This Court has supplemental jurisdiction over Count I under 28 U.S.C. § 1367(a), because the state statutory claim is "so related" to the federal statutory claim over which the Court has original jurisdiction that it "form[s] part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). The entire action is therefore removable.

7. Removal to this Court is proper as the State Court Action was filed in Miami-Dade County and, therefore, this Court is "the district court of the United States for the district and division within which such action is pending." 28 U.S.C. § 1446(a).

8. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

9. Defendant will file a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of Miami-Dade County, Florida as required by 28 U.S.C. § 1446(d).

10. The undersigned states that this removal is well-grounded in fact, warranted by existing law, and not interposed for any improper purpose.

11. By this removal, Defendant does not intend to waive any of its rights or defenses.

**WHEREFORE**, Defendant respectfully requests the State Court Action be removed to this Court and placed on the docket of this Court for further proceedings as though originally instituted in this Court.

April 19, 2022

Respectfully submitted,

By: /s/ *Stacy J. Rodriguez*
Stacy J. Rodriguez
Florida Bar No. 44109
**ACTUATE LAW, LLC**

> 641 W. Lake Street; 5th Floor
> Chicago, IL 60661
> Tel: (312) 579-3108
> Fax: (312) 579-3131
> stacy.rodriguez@actuatelaw.com
>
> *Counsel for GR OPCO, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2022, a true and correct copy of *Defendant's Notice of Removal* was served via electronic mail to the persons on the service list below, and electronic copies also will be transmitted via ECF notification after the removed-case filing is completed by the Clerk.

> */s/ Stacy J. Rodriguez*
> Attorney

**Service List**

| | |
|---|---|
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| Garrett O. Berg, Esq. | Chistopher Gold, Esq. |
| gberg@shamisgentile.com | chris@edelsberglaw.com |
| SHAMIS & GENTILE P.A. | EDELSBERG LAW, P.A. |
| 14 NE 1st Avenue, Suite 705 | 20900 NE 30th Avenue, Suite 417 |
| Miami, FL 33132 | Aventura, FL 33180 |
| *Attorneys for Plaintiff* | *Counsel for Plaintiff and the Class* |