UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-21211-BLOOM/Otazo-Reyes**

HERBER MANCILLA,
*individually and on behalf of
all others similarly situated*,

      Plaintiff,

v.

GR OPCO, LLC,
*doing business as*
E11EVEN MIAMI,

      Defendant.

_____/

**ORDER SETTING MOTION HEARING**

      **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Defendant has filed a Motion to Dismiss Class Action Complaint, ECF No. [12]. Plaintiff subsequently filed a Response in Opposition, ECF No. [16], to which Defendant replied, ECF No. [21].

      Accordingly, it is **ORDERED AND ADJUDGED** that a **Motion Hearing** on **ECF No. [12]** shall be conducted on **July 11, 2022, at 9:00 a.m.** in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on June 7, 2022.

                                                                     **BETH BLOOM**
                                                              **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record